UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 5/20/2026 __

NAMEL NORRIS,

                  **Plaintiff,**

    -against-

THE BEER GARAGE II LLC, et al.,

                  **Defendants.**

----------------------------------------------------------------X

**26-CV-01890 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On April 17, 2026, Plaintiff filed two affidavits of service showing that Defendants were served with the summons and Complaint. See ECF Nos. 8, 9. To date, Defendants have not appeared in this action. Plaintiff is ORDERED to file a letter by Friday, May 29, 2026, indicating whether Plaintiff has had any contact with Defendants regarding their response to the Complaint and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 20, 2026
             New York, New York