**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

NAMEL NORRIS,

                              **Plaintiff,**

             **-against-**

THE BEER GARAGE II LLC, et al.,

                             **Defendants.**

-------------------------------------------------------------------X

**26-CV-01890 (DEH)(SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** ___ 7/2/2026

**SARAH NETBURN, United States Magistrate Judge:**

On April 17, 2026, Plaintiff filed two affidavits of service showing that both Defendants in this case were served with the summons and Complaint. See ECF Nos. 8, 9. Defendant The Beer Garage II LLC has appeared and filed its answer on June 30, 2026. See ECF No. 15. To date, however, Defendant M & E Christopher LLC has not appeared in this action.

By no later than Friday, July 10, 2026, Plaintiff is ORDERED to file a letter indicating whether Plaintiff has had any contact with Defendant M & E Christopher LLC regarding its response to the Complaint and whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     July 2, 2026
             New York, New York